IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:10-cr-00247-LSC-TDT |
| **CURTIS T. KEARNES,** | ) ) | **ORDER** |
| Defendant. | ) ) | |

This matter is before the court on the government's Motion to Continue Trial (#25) due to counsel's scheduling conflicts. The United States does not request an exclusion of Speedy Trial time. For good cause shown, and upon the representation that the motion is unopposed,

**IT IS ORDERED** that the motion to continue trial (#25) is granted. The jury trial now set for January 4, 2011 is continued to **January 18, 2011.**

**DATED December 21, 2010.**

                                                BY THE COURT:

                                                s/ F.A. Gossett, III
                                                **United States Magistrate Judge**